**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Miss Evette Calen Feagin

CV. 22-273 (CCC)(MAH)

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

The City of Newark

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.**    **Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Miss Evette Calen Feagin |
| | Street Address | 140 South Orange Avenue |
| | County/City | Newark, Essex |
| | State & Zip Code | New Jersey 07103 |
| | Telephone Number | 1(973) 848-1296 |

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _The City of Newark, Municipal Court_

Street Address _31 Green Street_

County, City _Essex, Newark_

State & Zip Code _New Jersey  07102_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☒ Diversity of Citizenship

☐ U.S. Government Plaintiff      ☐ U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _1) I am a Native American Indian; an indigeonus people. 2) I was an Army Reservist._

_3) Request my lease not to be terminated unless I recieve secuere housing in a house._

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _American Citizen. Heterosexual American._

Defendant(s) state(s) of citizenship _All nations citizens ; Foreign American Citizens. Gay Americans._

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _1994  Newark_

B.   What date and approximate time did the events giving rise to your claim(s) occur? _1994 Newark and 2022 Newark. I've lived here for over 20 years which is the allotted in NCC. I asked for the buy out amount and there was none for the purchase of a house from the contract of Newark. what happened to you?_

| What happened to you? |
|---|

C.   Facts: _1) I lost my job as Newark Municipal Cashier (handling cash w/ a college degree). (1993-1994)_
_2) I lost lost my pregnancy while employed. (a forced miscarriage/abortion)_
_3) I was institutionalized w/ my stomach flat and with my stomach medium size & large size._

| Who did what? |
|---|

_4) I was homeless before this address I have lived at NCC for 22 years in secured housing._

_Who did what?_
_The City of Newark is responsible for all these things and homelessness. They are not responsible for my housing at NCC— New Community Corp. though they have to pay the contract rent portion by law._

| Was anyone else involved? |
|---|

_Was anyone else involved?_
_U.S. Army Reserves._

| Who else saw what happened? |
|---|

- 3 -

_who else saw what happened?_
_Newark Community & Newark Business District_

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

1) No children from no other man not even ~~Derek Simmons since 1993 1996~~
2) No indian children of an adult age since 1994 — 2020.
3) No indian grandchildren.
4) Sexual Harrassment from the City of Newark.

Also still solicited
by Derek Simmons
relatives for sex
in my building.

5) I've been assigned another gay sex partner since 1993 besides Derek Simmons. Here in 2019 until now 2022 I have been with a Chris Walker alais Jay Mason. He does not want to have hoterasexual anymore.

**V.    Relief:**

6) President Trump & the City of Newark discussed Montclair as an option for me to live. 2 Disabled Apt Buildings and 1 House!

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1) ($500.00) check from the City of Newark.
2) $4,000.00 a check for moving w/ the Statue of Liberty on the check from U.S. Military. (for moving from Carlton Hotel Newark Homeless Shelter to NCC — New Community Corp.)
3) $500.00 from U.S. Military.

I have not recieved anything for my pain & suffering. No job, No relationship with any hoterasexual man, No children grown or grands of a indian ethricity, NCC has townhouses a you need children to live there after over 20 years in disabled NCC building. No secure indian identity of Jeffrey David Feagin in the care of my sister Eva since he was four months old. No secure identity of Joseph Micheal Feagin in the care of a DYFS Foster Parent. Never married. Sex w/ homosexuals and a building move-in of only homosexual man which includes Chris Walker alais Jay Mason. No education or even lawschool education & A mascline uterus (transgender uterus) & Mental Illness

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10th_ day of _January_____ , 20_22_.

Signature of Plaintiff _Miss Evette Calen Feagin_

Mailing Address _140 South Orange Avenue_

_____ _Apt. #1701_

_____ _Newark, New Jersey 07103_

Telephone Number _1 (973) 848-1296_

Fax Number (if you have one) _n/a_

E-mail Address _Calen.Feagin @ yahoo.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Miss Evette Calen Feagin_
_PRESIDENT TRUMP ADVISOR_

SOCIAL SECURITY
274 SPRINGFIELD AVE
NEWARK NJ 07103

# Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date:  November 28, 2021
BNC#:  21S1365E30427  DI



0082620  00082620      1 AV  0.426   CN6LNA T280 P7
COLA MO4 11/21 188 21S1365E30427
EVETTE CALEN FEAGIN
APT 1701
140 S ORANGE AVE
NEWARK NJ 07103-3099

We plan to increase your monthly Supplemental Security Income (SSI) payment
from $146.25 to $152.25 beginning January 2022.  The amount will change
because the cost of living increased during the past year.  You will continue to
get the new amount each month unless there is a change in the information we
use to figure your payment.  The new amount includes $31.25 from the State of
New Jersey.

The rest of this letter explains more about your SSI payments.  It also tells
you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet(s)
at the end of this letter.  The explanation shows how your income, other than
any SSI payments, affects your SSI payment.  We include explanations only for
months where payment amounts change.

**When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of
$152.25 around January 1, 2022, and on the first of each month after that.

**Information Used In Making The Decision**

Our records show that the following income used to figure your payment has
also changed--

   Your increased Social Security benefits--before any deductions for
   Medicare premiums-- of $740.00.  You should receive the increased
   Social Security benefit about January 3, 2022.  We must count the
   increase in your benefits for January 2022 even though we are counting
   your other income for November 2021.

See Next Page

SSA-L8151

21S1365E30427                                           Page 2 of 7
11/28/2021

## If You Work Or Want To Return To Work

We have a free and voluntary program called Ticket to Work that helps
people who get disability benefits go to work.  If you participate in this
program, we may set aside review of your medical condition.  Special rules
may allow you to keep your Medicare or Medicaid and some or all of your
disability benefits during your transition to work.  Over time, you can replace
your benefit payments with earnings from work.  Please visit
https://choosework.ssa.gov to find a list of service providers, including benefits
and work incentives counselors, who can help you find, prepare for, and keep
a job.  For more information, contact the Ticket to Work Help Line at
**1-866-968-7842 (TTY 1-866-833-2967).**

If you receive disability benefits and work, you must call us right away at
**1-800-772-1213 (TTY 1-800-325-0778)** and tell us about any earnings you have.
When you get Supplemental Security Income, you must also tell us each
month if there are changes in the amount of your earnings.  If you do not
report your earnings and you get paid too much, you may have to repay
benefits received.  When you report your earnings, we will give you a receipt
to verify your report.  Keep this receipt with your other important papers
from us.  To learn more, please read our free publications, Working While
Disabled - How We Can Help (No.  05-10095) or The Red Book (No.  64-030),
our guide to employment support programs.  You can find them at
www.ssa.gov/pubs/EN-05-10095.pdf and www.ssa.gov/redbook online.

## Your Reporting Responsibilities

Your SSI payments may change if your situation changes.  You are required
to report any changes that may affect your SSI no later than 10 days after the
month the change takes place.

Please call **1-800-772-1213 (TTY 1-800-325-0778)** or contact your local Social
Security office to report any of the following changes:

- You start or stop work, or your wages increase or decrease
- Your bank account balance goes over $2,000.00
- You move
- Anyone else moves into or out of your household
- Someone in your household dies
- You marry, separate, or divorce
- Income or resources change for you or members of your household
- Your medical condition improves
- You leave the United States and expect to be gone for a full calendar
  month or for 30 consecutive days
- You are in a hospital, jail, or other institution for a full calendar
  month
- You have a felony or arrest warrant for escape from custody, flight to
  avoid prosecution or confinement, or flight-escape

SSA-L8151

21S1365E30427
11/28/2021

Page 3 of 7

## Easy Ways To Report Wages

You also may be able to report your wages using our automated services:

- Our free "SSI Mobile Wage Reporting" application" lets you report wages on your smartphone.

- Our toll-free "SSI Telephone Wage Reporting System" lets you report wages using a touch-tone phone.

- Our "MyWageReport" tool lets you report wages securely online using a computer, tablet, or smartphone through your **my Social Security account.** To set up your account, go to www.ssa.gov/myaccount online.

To find out if you can use our automated services, please contact your local Social Security office.



## Information About Other Benefits

We can sometimes pay more than just SSI payments. You may be able to receive benefits from your parent's Social Security record if you meet the following rules:

- you were disabled before age 22;

- you are unmarried, and

- At least one of your parents worked long enough under the Social Security program and is entitled to retirement or disability benefits or is deceased.

If you think you meet the above rules, please contact any Social Security office to file an application for childhood disability benefits.

## You Can Review The Information In Your Case

The decisions in this letter are based on the law and information in our records. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations, and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Questions".

## Things You Should Know

- You may use this letter when you need proof of your SSI payment amount for other assistance programs such as food assistance, rent subsidies, energy assistance, medical assistance, bank loans, or for other purposes. However, if you get another letter saying your SSI payment is changing again, use that letter instead.

SSA-L8151

21S1365E30427                                           Page  4 of  7
11/28/2021

- We may match computer records and share information with other Federal, State, or local government agencies.  Agencies use this information to see if a person qualifies for benefits.  The law allows us to use computer matching even if you do not agree.

## If You Disagree

If you disagree with this decision, you have the right to appeal.  A person who did not make the first decision will decide the appeal.  We call this appeal a reconsideration.  When you appeal, we review your entire case, even the parts with which you agree.  We consider any new facts we have and then make a new decision.  The new decision could be more favorable, less favorable, or the same as the one you already have.

## Time To File An Appeal

- You have 60 days to file an appeal in writing.

- The 60 days start the day after you receive this letter.  We assume you got this letter 5 days after the date on the letter, unless you show us that you did not get it within the 5-day period.



- You must have a good reason for waiting more than 60 days to file an appeal.

## How To Appeal

The fastest and easiest way to file an appeal is to visit https://secure.ssa.gov/iApplNMD/start online.  You may call **1-800-772-1213** (TTY **1-800-325-0778**) to request an appeal form or for help.  You can file an appeal with any Social Security office.  You must request the appeal in writing.  You can also use our "Request for Reconsideration" form, SSA-561-U2, which is available on our website at www.ssa.gov on the Internet.

There are 2 types of appeals.  In most cases, you can choose the one you want.

- <u>Case Review</u>:  You will not meet with the person who decides your case.  You have a right to review the facts in your file.  You can give us more facts to add to your file.  Then we will decide your case again.  This is the only kind of appeal you can have for a medical decision.

- <u>Informal Conference</u>:  You will talk with the person who decides your case either in person or over the phone.  You can tell that person why you disagree with our decision.  If you meet with us in person, it may help your case.  You have a right to review the facts in your file.  You can give us more facts to add to your file.  You can have other people help explain your case.  Then we will decide your case again.

SSA-L8151

21S1365E30427
11/28/2021

## If You Want Help With Your Appeal

You may choose to have a representative help you.  We will work with this person just as we would work with you.  If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you receive benefits.  Others may represent you for free.  Usually, your representative may not charge a fee unless we approve it.  Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing.  You may use our Form SSA-1696-U4 Appointment of Representative.  Any local Social Security office can give you this form.

## Help Prevent Identity Theft

Be aware of scams through the mail, Internet, telephone, or in person.  You should be careful when someone asks for personal information, especially your Social Security number.  Please visit www.usa.gov/identity-theft to find out more.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101).**

## Health Care Options

Need health insurance or know someone who does? Visit **HealthCare.gov** or call **1-800-318-2596** to get more information.  If you are deaf or hard of hearing, you may call (TTY) **1-855-889-4325.**

## Other Help For Older Adults and People with Disabilities

The Administration for Community Living offers older adults and people with disabilities a way to connect to a variety of community services and resources.

**For Older Adults:**  Eldercare Locator at **1-800-677-1116** or www.eldercare.acl.gov.

**For People with Disabilities:**  Disability Information and Access Line (DIAL) at **1-888-677-1199** or **acl.gov/DIAL**



21S1365E30427                                                          Page  6 of  7
11/28/2021

**If You Have Questions**

If you have any questions, please:

- Visit our website at **www.ssa.gov** to find general information about SSI;

- Visit our website at www.ssa.gov/SSIrules to find the law and regulations about SSI eligibility and payments;

- Call us toll-free at 1-800-772-1213 or call your local office at 877-402-0821. We can answer most questions over the phone.  If you are deaf or hard of hearing, our toll-free TTY number is **1-800-325-0778;** or

- Contact any Social Security office.  If you plan to visit an office, you may call ahead to make an appointment.  The office that serves your area is located at:



> SOCIAL SECURITY
> 274 SPRINGFIELD AVE
> NEWARK NJ 07103

Please have this letter with you if you call or visit an office.

*Social Security Administration*

Enclosure(s):
How We Figured Your Payment

SSA-L8151

## HOW WE FIGURED YOUR PAYMENT FOR January 2022 ON

### Your Payment Amount

| | |
|---|---|
| The most Federal SSI money the law allows us to pay | $841.00 |
| Minus (-) "Total income we count" (see below) | -720.00 |
| Federal SSI money | $121.00 |
| Plus (+) the most State SSI money the law allows us to pay | + 31.25 |
| We didn't subtract (-) any income from State SSI money | -   0.00 |

**Total Monthly SSI Payment**
**  for January 2022 on**                                     $152.25

### Your Income Other Than Your SSI

Income you receive in November 2021 on affects your payment for January 2022 on

| | |
|---|---|
| January 2022 amount of Social Security benefits | $740.00 |
| By law we don't count $20.00 of above income | - 20.00 |

**Total income we count**                                   $720.00



SSA-L8151

| **Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures** | **U. S. Department of Housing And Urban Development**<br>Office of Housing<br>Federal Housing Commissioner | NOT for submission to the Federal Government<br>Landlord's Official Record of Certification<br><br>OMB Approval Number 2502-0204 |

## Section A. Acknowledgements

### Read this before you complete and sign this form HUD-50059

**Public Reporting Burden.** The reporting burden for this collection of information is estimated to average 55 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (2502-0204), Washington, DC 20503. The information is being collected by HUD to determine an applicant's eligibility, the recommended unit size, and the amount the tenant(s) must pay toward rent and utilities. HUD uses this information to assist in managing certain HUD properties, to protect the Government's financial interest, and to verify the accuracy of the information furnished. HUD or a Public Housing Authority (PHA) may conduct a computer match to verify the information you provide. This information may be released in accordance with HUD's Computer Matching Agreement (CMA) between the Social Security Administration and the Department of Health and Human Services. You must provide all of the information requested, including the Social Security Numbers (SSNs), unless exempted by 24 CFR 5.216, you, and all other household members, have and use. Giving the SSNs of all household members, unless exempted by 24 CFR 5.216, is mandatory; not providing the SSNs will affect your eligibility approval. Failure to provide any information may result in a delay or rejection of your eligibility approval.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937, as amended (42 U.S.C. 1437 et. seq.); the Housing and Urban-Rural Recovery Act of 1983 (P.L. 98-181); the Housing and Community Development Technical Amendments of 1984 (P.L. 98-479); and by the Housing and Community Development Act of 1987 (42 U.S.C. 3543).

**Tenant(s)' Certification -** I/We certify that the information in Sections C, D, and E of this form are true and complete to the best of my/our knowledge and belief. I/We understand that I/we can be fined up to $10,000, or imprisoned up to five years, or lose the subsidy HUD pays and have my/our rent increased, if I/we furnish false or incomplete information.

**Owner's Certification -** I certify that this Tenant's eligibility, rent and assistance payments have been computed in accordance with HUD's regulations and administrative procedures and that all required verifications were obtained.

**Warning to Owners and Tenants.** By signing this form, you are indicating that you have read the above Privacy Act Statement and are agreeing with the applicable Certification.

**False Claim Statement.** Warning: U.S. Code, Title 31, Section 3729, False Claims, provides a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages for any person who knowingly presents, or causes to be presented, a false or fraudulent claim; or who knowingly makes, or caused to be used, a false record or statement; or conspires to defraud the Government by getting a false or fraudulent claim allowed or paid.

## Certification Summary from Page 2

| Name of Project | | Effective Date | Certification Type | Anticipated Voucher Date |
|---|---|---|---|---|
| NEW COMMUNITY COMMONS | | 06/01/2021 | AR | 07/01/2021 |
| Head of Household | | Total Tenant Payment | Assistance Payment | Tenant Rent |
| FEAGIN, EVETTE, C | | 254 | 898 | 217 |
| Unit Number | 1701 | Extenuating Circumstances Code | | |

## Tenant Signatures

| Head of Household<br>*Evette S. Feagin* | Date<br>6/1/21 | Other Adult | Date |
|---|---|---|---|
| Spouse / Co-Head | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |

## Owner/Agent Signature

| Owner/Agent<br>*Y. Parker* | | | Date<br>6/1/2021 |
|---|---|---|---|

Previous versions of this form are obsolete.
This form also replaces HUD-50059-D, -E, -F, & -G.

Printed by ...

form HUD-50059 (06/2014)

# Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures

**U. S. Department of Housing And Urban Development**
Office of Housing
Federal Housing Commissioner

For Personal Records ONLY - not for Submission to the Federal Government

Record for Landlords

## Section B. Summary Information

| | | |
|---|---|---|
| 1. Project Name  NEW COMMUNITY COMMONS | 12. Effective Date  06/01/2021 | 21. Unit Number  1701 |
| 2. Subsidy Type  1-Sec 8 | 13. Anticipated Voucher Date  07/01/2021 | 22. No. of Bedrooms  0 |
| 3. Secondary Subsidy Type | 14. Next Recertification Date  06/01/2022 | 23. Building ID |
| 4. Property ID | | 24. Unit Transfer Code |
| 5. Project Number | | 25. Previous Unit No. |
| 6. Contract Number  NJ39H085049 | 15. Project Move-In Date  03/15/1999 | 26. Security Deposit  161 |
| 7. Project iMAX ID  Tracm08686 | 16. Certification Type  AR | 27. 236 Basic/BMIR Rent |
| 8. Plan of Action Code | 17. Action Processed | 28. Market Rent |
| 9. HUD-Owned Project? | 18. Correction Type | 29. Contract Rent  1,115 |
| 10. Previous Housing Code | 19. EIV Indicator | 30. Utility Allowance  37 |
| 11. Displacement Status Code | 20. Prev. Subsidy Type | 31. Gross Rent  1,152 |
| | | 32. TTP at RAD Conversion |

## Section C. Household Information

Tenant Number 10005230

| 33. No. | 34. Last Name | 35. First Name | 36. MI | 37. Rel. | 38. Sex | 39. Race | 40. Eth | 41. Birth Date | 42. Special Status | 43. Stdnt Stat. | 44. ID Code (SSN) | 45. SSN Excp | 46. Ctzn Code | 47. Alien Reg. Number | 48. Age | 49. Work Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | FEAGIN | EVETTE | C | H | F | B | 2 | 09/01/1966 | | | 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 | | EC | | 54 | |
| 02 | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| 50. Family has Mobility Disability? | 53. Number of Family Members  1 | 57. Expected Family Addition - Adoption  0 |
| 51. Family has Hearing Disability? | 54. Number of Non-Family Members  0 | 58. Expected Family Addition - Pregnancy  0 |
| 52. Family has Visual Disability? | 55. Number of Dependents  0 | 59. Expected Family Addition - Foster Children  0 |
| | 56. Number of Eligible Members  1 | |

| | |
|---|---|
| 60. Previous Head Last Name | 63. Active Full Cert. Effective Date |
| 61. Previous Head First Name | 64. Previous Head ID |
| 62. Previous Head Middle Initial | 65. Previous Head Birth Date |

## Section D. Income Information / Section E. Asset Information

| 66. Mbr. No. | 67. Income Type Code | 68. Amount | 69. SSN Benefits Claim No. | 75. Mbr. No. | 76. Description | 77. Status | 78. Cash Value | 79. Actual Yearly Income | 80. Date Divested |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SS= Soc. Sec. | 8,388 | | 1 | Wellsfargo#6791 sav | C | 145 | 0 | |
| 1 | SI= SSI | 1,755 | | 1 | Wellsfargo#5653 CK | C | 792 | 0 | |

| | | |
|---|---|---|
| 70. Total Employment Income  0 | 81. Total Cash Value of Assets  937 | |
| 71. Total Pension Income  10,143 | 82. Actual Income from Assets  0 | |
| 72. Total Public Assistance Income  0 | 83. HUD Passbook Rate  0.00 | |
| 73. Total Other Income  0 | 84. Imputed Income from Assets  0 | |
| 74. Total Non-Asset Income  10,143 | 85. Asset Income  0 | |

## Section F. Allowances & Rent Calculations

| | | | | |
|---|---|---|---|---|
| 86. Total Annual Income | 10,143 | 97. Deduction for Dependents | 0 | 108. Total Tenant Payment  254 |
| 87. Low Income Limit | 59,360 | 98. Child Care Expense (work) | 0 | 109. TTP Before Override |
| 88. Very Low Income Limit | 37,600 | 99. Child Care Expense (school) | 0 | 110. Tenant Rent  217 |
| 89. Extremely Low Income Limit | 22,260 | 100. 3% of Income | 304 | 111. Utility Reimbursement |
| 90. Current Income Status | Ext. Low | 101. Disability Expense | 0 | 112. Assistance Payment  898 |
| 91. Eligibility Universe Code | 1-Pre 1981 | 102. Disability Deduction | 0 | 113. Welfare Rent  0 |
| 92. Sec. 8 Assist. 1984 Indicator | | 103. Medical Expense | 0 | 114. Rent Override |
| 93. Income Exception Code | | 104. Medical Deduction | 0 | 115. Hardship Exemption |
| 94. Police / Security Tenant? | | 105. Elderly Family Deduction | 0 | 116. Waiver Type Code |
| 95. Survivor of Qualifier? | | 106. Total Deductions | 0 | 117. Eligibility Check Not Required |
| 96. Household Citizenship Eligibility | E | 107. Adjusted Annual Income | 10,143 | 118. Extenuating Circumstances Code |

Previous versions of this form are obsolete.
This form also replaces HUD-50059-D, -E, -F, & -G.

Printed by Yardi Systems

form HUD-50059 (06/2014)

**New Community Corporation**        **NEW COMMUNITY COMMONS**

Date: 05/25/2021

## EXHIBIT 6:1 REQUIRED STATE AGENCY LEASE PROVISIONS

For Section 8 State Agency Properties, the lease must contain the following additional provision or addendum:

The following additional lease provision are incorporated in full in the lease between

NEW COMMUNITY COMMONS (Landlord) and        EVETTE C. FEAGIN (Tenant) for
**Property Name**                                **Resident Name**

the following dwelling: 140 S. ORANGE AVE. #1701; NEWARK, NJ 07103,  1701
                       **Address**                              **Unit**

In case of any conflict between these and any provisions of the Lease, these provisions will prevail.

The effective date of this agreement will commence on: 06/01/2021
                                                        **Date**

The total rent will be $ 1,115.00 Per Month.

Of the total monthly rent $ 898.00 will be payable by the State Housing Agency as assistance
                          **Assistance Payment**

and on behalf of the Tenant $ 217.00  will be payable by the tenant.

These amounts will be subject to change by reason of changes in the Tenant's family income, family composition or extent of exceptional medical or unusual expenses, in accordance with HUD established schedules and criteria; or by reasons of changes in program rules. Any such changes will be effective as of the date stated in a notification to the tenant.

The Landlord will not discriminate against the tenant in the provision of services, or in any other matter, on the grounds of race, color, creed, religion, sex or national origin.

The Landlord will provide the following services and maintenance:

A violation of the Tenant's responsibilities under the Section 8 program, as determined by the Agency, is also a violation of the lease.

Owner/Agent: _____ Date: 6/1/2021

Head of Household: _Evette C. Feagin_ Date: 6/1/21

Spouse/Co-Head: _____ Date: _____

Other Adult: _____ Date: _____

Other Adult: _____ Date: _____

VIOLENCE, DATING VIOLENCE
OR STALKING

**U.S. Department of Housing
and Urban Development
Office of Housing**

OMB Approval No. 2502-0204

**LEASE ADDENDUM**

## VIOLENCE AGAINST WOMEN AND JUSTICE DEPARTMENT REAUTHORIZATION ACT OF 2005

| TENANT | LANDLORD<br>NEW COMMUNITY COMMONS | UNIT NO. & ADDRESS |
|---|---|---|
| Feagin, Evette | | 1701<br>140 S. ORANGE AVE. #1701; NEWARK,<br>NJ 07103 |

This lease addendum adds the following paragraphs to the Lease between the above referenced Tenant and landlord.

**Purpose of the Addendum**

The lease for the above referenced unit is being amended to include the provisions of the Violence Against Women and Justice Department Reauthorization Act of 2005 (VAWA).

**Conflicts with Other Provisions of the Lease**

In case of any conflict between the provisions of this Addendum and other sections of the Lease, the provisions of this Addendum shall prevail.

**Term of the Lease Addendum**

The effective date of this lease Addendum is June 01, 2021. This Lease Addendum shall continue to be in effect until the Lease is terminated.

**VAWA Protections**

1. The Landlord may not consider incidents of domestic violence, dating violence or stalking as serious or repeated violations of the lease or other "good cause" for termination of assistance, tenancy or occupancy rights of the victim of abuse.
2. The Landlord may not consider criminal activity directly relating to abuse, engaged in by a member of the tenant's household or any guest or other person under the tenant's control, cause for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate member of the tenant's family is the victim or threatened victim of that abuse.
3. The Landlord may request in writing that the victim, or a family member on the victim's behalf, certify that the individual is a victim of abuse and that the Certification of Domestic Violence, Dating Violence or Stalking, Form HUD-91066, or other documentation as noted on the certification form, be completed and submitted within 14 business days, or an agreed upon extension date, to receive protection under the VAWA. Failure to provide the certification or other supporting documentation within the specified timeframe may result in eviction.

_Evette G. Feagin_
Tenant

_N. Parker_
Landlord

___6/1/21___
Date

___6/1/2001___
Date

Form HUD-91067
(9/2008)

| VIOLENCE, DATING VIOLENCE OR STALKING | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval No. 2502-0204 |

**LEASE ADDENDUM**

## VIOLENCE AGAINST WOMEN AND JUSTICE DEPARTMENT REAUTHORIZATION ACT OF 2005

| TENANT | LANDLORD NEW COMMUNITY COMMONS | UNIT NO. & ADDRESS 1701 140 S. ORANGE AVE. #1701; NEWARK, NJ 07103 |
|---|---|---|
| | | |

This lease addendum adds the following paragraphs to the Lease between the above referenced Tenant and landlord.

**Purpose of the Addendum**

The lease for the above referenced unit is being amended to include the provisions of the Violence Against Women and Justice Department Reauthorization Act of 2005 (VAWA).

**Conflicts with Other Provisions of the Lease**

In case of any conflict between the provisions of this Addendum and other sections of the Lease, the provisions of this Addendum shall prevail.

**Term of the Lease Addendum**

The effective date of this lease Addendum is 06/01/2013. This Lease Addendum shall continue to be in effect until the Lease is terminated.

**VAWA Protections**

1. The Landlord may not consider incidents of domestic violence, dating violence or stalking as serious or repeated violations of the lease or other "good cause" for termination of assistance, tenancy or occupancy rights of the victim of abuse.

2. The Landlord may not consider criminal activity directly relating to abuse, engaged in by a member of the tenant's household or any guest or other person under the tenant's control, cause for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate member of the tenant's family is the victim or threatened victim of that abuse.

3. The Landlord may request in writing that the victim, or a family member on the victim's behalf, certify that the individual is a victim of abuse and that the Certification of Domestic Violence, Dating Violence or Stalking, Form HUD-91066, or other documentation as noted on the certification form, be completed and submitted within 14 business days, or an agreed upon extension date, to receive protection under the VAWA. Failure to provide the certification or other supporting documentation within the specified timeframe may result in eviction.

Tenant _Evette C. Freagin_    Date 05/02/2013

Landlord _[signature]_    Date 05/02/2013

Form HUD-91067
(9/2008)

## AFFIDAVIT OF UNEMPLOYMENT

I, _Evette C. Feagin_ , s. s. # _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_

Resident at _140 South Orange Avenue_ Apt. # _1701_

am presently unemployed, ~~and I am not receiving any income~~ at this time.

    I agree that when I obtain employment, or receive an income, I will report the change immediately to the manager of the development, and submit the proper information and documentation so it can be verified by management.

    I also understand that if that if my application or recertification forms contain false or incomplete information, I may be:

- Evicted from my apartment

- Required to repay all overpaid rental assistance I received

- Fined up to $10,000

- Imprisoned for up to 5 years; and/or prohibited from receiving future assistance

- State and local governments may have other laws and penalties as well

    I have read and understand the above statement.

_Evette C. Feagin_ 3/8/07

Signature of tenant     Date

EMLIOROSAN NEWKIRK
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 1/29/2008

3/8/07

EMLIOROSAN NEWKIRK
NOTAR... ...JERSEY
CO... ...2008

Notarized



CITY OF
NEWARK
DEPARTMENT

*Board of Health Inspection*
*Next Bed Bug Appt.*
*I will schedule it w/in*
*this month Jan. 2022.*

← Back to Departments Overview

Search our site...

DEPARTMENT
HEALTH & COMMUNITY WELLNESS

EVENTS
CONTACT
Knowledge
Contact us

*110 william*
*St. Newark NJ 071*

**The Department of Health and Community Wellness** provides primary health care access, social & environmental services to all citizens, allowing them to attain an optimal level of health & well-being. Services are provided through the **Mary Eliza Mahoney Health Center** at four locations in the City of Newark.

READ MORE

*140 = 132-148*

*Bed Bug*
*Service J*
*will come: 3 to 5*

CONTACT
City of
CON

IMPORTANT LINKS

3 P's for Eating on A Budget
10 Tips To Become Active
Asthma Facts
Build A Healthy Meal
Food Safety Tips
d Safety & Your Refrigerator
...ed Questions about WIC

*Appt. for*
*Fri. Dec. 20th 2019*
*10:30am-11:00am*

Inform
C
(9

11/26/2019

Your location to newark department of health - Google Maps

# Google Maps    Your location to newark department of health

Drive 1.0 mile, 5 min



Map data ©2019    1000 ft

🚗 **via Rte 510**                                    **5 min**
Fastest route, lighter traffic than usual       1.0 mile

🚗 **via W Market St**                              **6 min**
                                                1.3 miles

🚗 **via Court St**                                 **6 min**
Some traffic, as usual                          1.1 miles

## Explore Newark Department of Health & Community Wellness


Restaurants


Hotels


Gas stations


Parking Lots


More

Feagin, Evette (MRN 007184500)

# University Hospital

150 Bergen Street.
Newark, New Jersey 07103-2425

# Results

Ultrasound Pelvis Female Complete Transvaginal Transabdominal [76830.005] (Order 104668780)

## Collection Information

Collect:   12/19/2020 1256

## Order Information

| Date and Time | Department | Released By/Authorizing |
|---|---|---|
| 12/19/2020 8:53 AM | Ed Emergency Uh | Regis-Andrews, Gloria, ANPC (auto-released) |

## Result Information

| | | |
|---|---|---|
| Date and Time: Exam End: 12/19/2020 12:34 | Status: Final result | Provider Status: Open |

## PACS Link

(Link Unavailable) Show images for Ultrasound Pelvis Female Complete Transvaginal Transabdominal

## Study Result

Narrative & Impression
ULTRASOUND FEMALE PELVIS, 12/19/2020

CLINICAL INFORMATION: 54 years old female with pelvic pain and vaginal
bleeding. Patient is postmenopausal.

TECHNIQUE: Transabdominal and transvaginal grayscale ultrasound of the
pelvis. Transvaginal ultrasound was necessary to better evaluate the adnexal
structures.

COMPARISON: Pelvic ultrasound dated 4/4/2019.

FINDINGS:

The study was limited due to patient condition.

Uterus
Orientation: Anteverted.
Echotexture: Heterogeneous.
Size: 6.4 x 3.0 x 4.1 cm
Masses: Intramural fibroid in the posterior uterine body that measures 1.4 x
1.2 x 1.5 cm.
Endometrium: Mildly thickened.
Endometrial thickness: 0.7 cm          < 0.3 cm

Adnexa
Right ovary: Not visualized.
Left ovary: 1.6 x 1.1 x 1.4 cm. Arterial and venous doppler waveforms are
present at the time of examination.

Free fluid

Feagin, Evette (MRN 007184500) Printed by Barrett, Theodore, MD [9220961]

Feagin, Evette (MRN 007184500)

None.

IMPRESSION
IMPRESSION:
1.  Thickened endometrial stripe for a postmenopausal female, consider
endometrial hyperplasia, endometrial polyp, or endometrial carcinoma.
2.  Uterine leiomyoma.

I have personally reviewed the images and resident's interpretation of the
study.  I agree with the findings stated in the report and any additional
attending comments.

This report has been electronically signed by HUMAIRA CHAUDHRY, MD,
12/19/2020 1:29 PM.

## Result History

Ultrasound Pelvis Female Complete Transvaginal Transabdominal (Order #104668780) on 12/19/2020 -
Order Result History Report

## External Result Report

External Result Report

## Order Report

🔲 Order Details

## Order Information

| | |
|---|---|
| Order ID: | 104668780 |
| Procedure/Medication: | Ultrasound Pelvis Female Complete Transvaginal Transabdominal [76830.005] |

## No order transmittal information available

Either the order has not completed order transmittal, or the tracking information has been purged
from the system due to age.

Feagin, Evette (MRN 007184500)

# University Hospital

150 Bergen Street
Newark, New Jersey 07103-2425

# Results

Ultrasound Pelvis Female Complete Transvaginal Transabdominal [76830.005] (Order 115001532)

## Collection Information

Collect:   12/16/2021 1427

## Order Information

| Date and Time | Department | Released By | Authorizing |
|---|---|---|---|
| 12/16/2021 11:07 AM | Doctors Office Center(DOC) -Ultrasound | Jimenez Fernandez, Alba | Kusnierz, James L. |

## Result Information

Date and Time: Exam End:        Status: Final result        Provider Status: Open
12/16/2021 12:42

## Study Result

Narrative & Impression
ULTRASOUND FEMALE PELVIS, 12/16/2021

CLINICAL INFORMATION: 55 years old female with postmenopausal bleeding.

TECHNIQUE: Transabdominal and transvaginal grayscale ultrasound of the
pelvis. Transvaginal ultrasound was necessary to better evaluate the uterus
and adnexal structures.

COMPARISON: Multiple prior studies, most recently ultrasound 12/19/2020.

FINDINGS:

Uterus
Orientation: Anteverted.
Echotexture: Homogeneous.
Size: 6.0 x 2.4 x 4.0 cm
Masses: None.
Cervix: Nabothian cysts are present.
Endometrium: Normal.
Endometrial thickness: 0.4 cm

Adnexa
Right ovary: 1.1 x 0.9 x 0.9 cm. Doppler waveforms are present at the time of
examination.
Left ovary: 2.0 x 0.9 x 1.3 cm. Doppler waveforms are present at the time of
examination.

Free fluid
None.

IMPRESSION

Feagin, Evette (MRN 007184500)

```
IMPRESSION:
Normal pelvic ultrasound.

I have personally reviewed the images and resident's interpretation of the
study.  I agree with the findings stated in the report and any additional
attending comments.

This report has been electronically signed by INESSA GOLDMAN, MD, 12/16/2021
3:15 PM.
```

## Scans Related to Order 115001532

Scan on 11/15/2021 4:07 PM by Lawrence, Angelique: ult

## Result History

Ultrasound Pelvis Female Complete Transvaginal Transabdominal (Order #115001532) on 12/16/2021 -
Order Result History Report

## External Result Report

External Result Report

## Order Report

🗐 Order Details

## Order Parameters

| | |
|---|---|
| Order ID: | 115001532 |
| Procedure/Medication: | Ultrasound Pelvis Female Complete Transvaginal Transabdominal [76830.005] |
| Patient: | FEAGIN,EVETTE |
| Order Workstation: | DOCADMT1700C02 |
| Order Sent By: | Alba Jimenez Fernandez |

## Pass Number 1:  "Sign" transmittal event

This order was not sent to a printer.